**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Lyudmila Minyazova                              Case No. 18-13918 LMI
                                                                         Chapter 13

<u>Debtor                          </u>/

**MOTION TO WAIVE REQUIREMENTS OF CREDIT COUNSELING**
**AND FINANCIAL MANAGEMENT COURSES**

Pursuant to 11 U.S.C. § 109(h)(4) and Local Rule 1007(D), Debtor Lyudmila Minyazova moves the Court to waive the requirement to complete courses in credit counseling and financial management and as grounds therefore states:

1. Debtor is an 87 year old wheel-chair bound woman who speaks only Russian.

2. Debtor is not compos mentis and Debtor incapable of realizing and making rational decisions with respect to her financial responsibilities.

3. Debtor's counsel used the services of a Russian translator to interview the Debtor and the Debtor gave nonsensical answers or many times did not even understand the questions in Russian. For instance, she identified her son as her brother.

4. Debtor's son lives with her and has signed the Petition as her next friend pursuant to Bankruptcy Rule 1004.1.

5. Debtor moves the Court to waive the prefiling credit counseling requirement and the financial management requirement.

Dated April 3, 2018.

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By   /s/ Carolina A. Lombardi
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street #100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email:CLombardi@legalservicesmiami.org
Alt Email: SFreire@legalservicesmiami.org