**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Lyudmila Minyazova,                          Case No.18-13918-BKC-LMI

                                                        Chapter 13

                        Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 10, 2018 a true and correct copy of the Chapter 13 Plan [DE 13], was transmitted electronically to:

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and by U.S. Mail to:**

Mar-Len Gardens Management Corp. Inc.
c/o Becker & Poliakoff, P.A.
Huntington Centre Corporate Park
2901 SW 149 Avenue, Suite 140
Hollywood, FL 33027

Respectfully submitted,
LEGAL SERVICES OF GREATER OF
MIAMI, INC.

By     /s/ Carolina A. Lombardi
      Carolina A. Lombardi
      Florida Bar No.  241970
      Attorney for Debtor
      4343 West Flagler Street, Suite #100
      Miami, FL 33134
      Phone and Facsimile: (305) 438-2427
      Email: CLombardi@legalservicesmiami.org
      Alt: SFreire@legalservicesmiami.org