**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:    Lyudmila Minyazova,                        Case No.18-13918-BKC-LMI

                                                     Chapter 13

                        Debtor(s) .
_____/

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 1, 2018 a true and correct copy of the Motion to Waive Requirements of Credit Counseling and Financial Management Courses [DE 3] and Notice of Hearing [DE 4]  were filed by transmission of Notices of Electronic Filing  generated by the CM/ECF and served as follows:


**Served electronically on April 4, 2018 to:**

Nancy K. Neidich, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov


**Served by U.S. Mail on May 1, 2018:**

Mar-Len Gardens Management Corp. Inc.
c/o Becker & Poliakoff, P.A.
Huntington Centre Corporate Park
2901 SW 149 Avenue, Suite 140
Hollywood, FL 33027


                        Respectfully submitted,

                         LEGAL SERVICES OF GREATER OF
                        MIAMI, INC.

                        By __ /s/ Carolina A. Lombardi _____
                             Carolina A. Lombardi
                             Florida Bar No.  241970
                             Attorney for Debtor
                             4343 West Flagler Street, Suite #100
                             Miami, FL 33134
                             Phone and Facsimile: (305) 438-2427
                             Email: CLombardi@legalservicesmiami.org
                             Alt: SFreire@legalservicesmiami.org