**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: Lyudmila Minyazova					Case No. 18-13918 LMI
								Chapter 13

<u>Debtor                         </u>/

## MOTION FOR APPOINTMENT OF GUARDIAN AD LITEM

Pursuant Fed. R. Bankr. P. 1004.1, Debtor Lyudmila Minyazova moves the Court to appoint her son and "next friend" Valeriy Minyazov as Guardian ad Litem for debtor Lyudmila Minyazova and states:

1.	Debtor is an 87 year old wheel-chair bound woman who speaks only Russian.

2.	Debtor is not compos mentis and Debtor incapable of realizing and making rational decisions with respect to her financial responsibilities.

4.	Debtor's son lives with her and he has signed the Petition as her "next friend" pursuant to Bankruptcy Rule 1004.1, has signed other bankruptcy-related documents on behalf of the debtor and has appeared on debtor's behalf at the meeting of creditors.

5.	Appointing debtor's son and "next friend" as guardian ad litem will aid in the administration of this Chapter 13 case.

Dated June 5, 2018.

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.

By /s/ Carolina A. Lombardi
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
4343 West Flagler Street #100
Miami, FL 33134
Telephone and Facsimile: (305) 438-2427
Email:CLombardi@legalservicesmiami.org
Alt Email: SFreire@legalservicesmiami.org