UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    Lyudmila Minyazova,                     Case No.18-13918
                                                  Chapter 13
          Debtor(s) .
_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   XX    No further action is necessary.

2)   The following actions have been taken:

     ☐    The debtor has filed an objection to the proof of claim filed by

     ☐    The debtor has filed an amended plan or modified plan to provide for the proof of claim filed by            .

     ☐    Other:

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on

                              Respectfully submitted,
                              LEGAL SERVICES OF GREATER MIAMI INC.
                              By:       /s/
                              Carolina A. Lombardi, Attorney
                              Florida Bar No. 0241970
                              Attorney for Debtor
                              4343 W. Flagler St., Suite #100
                              Miami, Florida  33134
                              Phone and Fax: (305) 438-2427
                              Primary Email:Clombardi@legalservicesmiami.org
                              Alt. Email: SFreire@legalservicesmiami.org